IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JEREMY A. MEDLOCK                                             PLAINTIFF

V.                          Civil No. 2:24-cv-02074-MEF

FRANK BISIGNANO, Commissioner,[1]
Social Security Administration                               DEFENDANT

**FINAL JUDGMENT**

This cause is before the Court on the Plaintiff's complaint for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration regarding his applications for Disability Insurance Benefits and Supplemental Security Income. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c). The Court, having reviewed the administrative record, the briefs of the parties, the applicable law, and the parties having waived oral argument, finds as follows:

Consistent with the Court's ruling from the bench, the decision of the Commissioner of Social Security is reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

The Court finds that the ALJ's RFC determination is not supported by substantial evidence. Despite evidence that the Plaintiff had undergone surgery for a torn rotator cuff in the upper right extremity in August 2020 and November 2023, the ALJ concluded Plaintiff could frequently reach

---

[1] Frank Bisignano was sworn in as Commissioner of Social Security on May 7, 2025, and in his official capacity is substituted as defendant. *See* Fed. R. Civ. P. 25(d).

and handle with his right upper extremity.  The record, however, indicates that the Plaintiff's ability to perform these tasks is more restricted.

For this reason, I find that the Commissioner's decision to deny benefits in this case is not supported by the record, and the decision will be reversed and remanded for further consideration of the Plaintiff's upper extremity restrictions.

IT IS SO ORDERED AND ADJUDGED on this 19th day of May 2024.


/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE